UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                    Case No. 22-CR-112

KERVIN DE JESUS RIVERA,

      Defendant.

---

## ORDER

---

      The defendant in this case, who is a resident of Puerto Rico, is charged with three counts of distribution of a controlled substance. He is presently held in custody in Puerto Rico. This matter came before the Court for an arraignment on May 27, 2022. Under the Speedy Trial Act, the trial must commence within 70 days of the date of the Indictment, which was filed on May 17, 2022. The Court notes that under the Speedy Trial Act delay resulting from transportation from another district in excess of ten days from the date of order or removal is presumed to be unreasonable. 18 U.S.C. § 3161(h)(1)(F). Nevertheless, given the uncertainty of when the defendant will arrive in Green Bay, the Court did not set a trial date but instead set a status conference to be held on June 10, 2022, at 2:00 p.m.

      The U.S. Marshals Service is, therefore, directed to produce the defendant at the scheduled status conference in Green Bay, Wisconsin, absent good cause for failing to do so.

      **SO ORDERED** at Green Bay, Wisconsin this 27th day of May, 2022.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge